

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Felix Eni

                                  **Petitioner,**

V.

See attached

                                  **Respondent.**

Civil Action No.  25-cv-03524-JLS-DEB

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Petitioner's Petition for Writ of Habeas Corpus

Date:  12/23/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle
                           S. Tweedle, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-3524-JLS-DEB

Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center

Respondents,